JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

**CHAMBER'S COPY**
**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER JENS SCOTT, ) <br> ) <br> Defendants. ) <br> ) | No.   CR 09-01170 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM JANUARY 27, 2010, TO FEBRUARY 24, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) |

[~~PROPOSED~~] ORDER

    This matter is on the Court's calendar for trial setting on January 27, 2010. At the last hearing, defense counsel indicated that she needed additional time to locate a witness. The defense witness is now living out of state and the parties need additional time to arrange a meeting with her. The government is also still waiting on results of DEA drug tests that will reveal the purity of the methamphetamine alleged in the indictment. For these reasons, the parties jointly request that this matter be continued to February 24, 2010, to allow the parties time to interview witnesses and obtain additional discovery necessary for trial. The parties

further jointly stipulate and request that the time from January 27, 2010, to February 24, 2010 should be excluded from the Speedy Trial Act calculation for effective preparation and continuity of defense counsel because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial.

STIPULATED:

DATED: January 15, 2010

/s/
JOYCE LEAVITT
Attorney for Defendant Scott

DATED: January 15, 2010

/s/
KESLIE STEWART
Assistant United States Attorney

**IT IS HEREBY ORDERED** that this matter is continued to February 24, 2010 at 1:30 p.m. for trial setting and that the period of time between January 27 and February 24, 2010, is excluded from the Speedy Trial Clock, because failure to grant such an exclusion would deny the defendant continuity of counsel and time for effective preparation. See 18 U.S.C. § 3161(h)(7(A) and (B)(iv). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

DATED: January 19, 2010

PHYLLIS J. HAMILTON
United States District Judge